| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Frost, Gregory L | 2. Court or Organization<br><br>U.S. Dist. Ct., S.Dist.of Ohio | 3. Date of Report<br><br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>349 U.S. Courthouse<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Hydroseed Plus (███ - owned partnership) |
| 2. Director / Shareholder | W.K. Frost, Inc.(███ - owned corporation) |
| 3. State Court Judge | Licking County Common Pleas Court from 01/01/03 - 03/11/03 when sworn in as Federal Judge |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/01/03 | Public Employees Retirement System of Ohio, pension plan as a result of former position as state court judge. |

RECEIVED 2004 MAY 17 P 1:22 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Licking County (state judge salary) | $2,702.65 |
| 2. | 2003 | State of Ohio (state judge salary) | $15,678.04 |
| 3. | 2003 | W. K. Frost, Inc. (director's fee) | $5,542.00 |
| 4. | 2003 | Hydroseed Plus (partnership income) | $5,500.00 |
| 5. | 2003 | Ohio Public Employees Retirement System (pension) | $46,603 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | State of Ohio, Ohio Board of Regents - salary |
| 2. | 2003 | Hydroseed Plus ▮▮▮▮ - owned partnership) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Administrative Office | 2/4-2/7/2003 Washington D. C. Orientation for Judical Nominees (transportation, meals and room) |
| 2. | Federal Judicial Center | 5/11-5/16/2003 Richmond, VA. Orientation for newly appointed judges (transportation, meals and room) |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☐ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   Bank of America | Real estate mortgage on undeveloped real estate | L |
| 2.   Bank First National | Commercial real estate mortgage on  undeveloped commercial real estate | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Park National Bank Common Stock | A | Dividend | J | U | Sell | 05/03 | J | A | |
| 2. Morgan Stanley All Star Growth Fund Class A * | | None | J | U | Sell | 06/03 | | | |
| 3. Morgan Stanley Dean Witter 15% Reset Perqs.* | | None | J | U | | | | | |
| 4. Morgan Stanley Comp. Edge Fund Class A* | | None | J | U | Sell | 06/03 | | | |
| 5. First Merit Corp. Common Stock | A | Dividend | K | U | Partial Sale | 08/03 | J | A | |
| 6. First Merit Corp. Common Stock | A | Dividend | K | U | Partial Sale | 07/03 | J | A | |
| 7. Corning Inc. Common Stock | | None | J | U | | | | | |
| 8. Intel Corp. Common Stock | A | Dividend | J | U | Partial Sale | 08/03 | J | A | |
| 9. Nortel Networks Corp. Common Stock | | None | J | U | | | | | |
| 10. Viatel Inc. Common Stock | | None | J | U | | | | | |
| 11. Morgan Stanley Global Dividend Growth Securities Class B | A | Dividend | J | U | Sell | 06/03 | J | A | |
| 12. Morgan Stanley Pacific Growth Fund Class B | A | Dividend | J | U | Sell | 09/03 | J | | |
| 13. Soloman Smith Barney - Citibank Account | A | Interest | J | T | | | | | |
| 14. Soloman Smith Barney - Citibank Joint Account | A | Interest | K | T | | | | | |
| 15. State Transportation Employees Credit Union | A | Interest | J | T | | | | | |
| 16. Universal 1 Credit Union - Savings Account | A | Interest | J | T | | | | | |
| 17. Park National Bank Checking Account | | None | J | T | | | | | |
| 18. Park National Bank Checking Account | | None | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frost, Gregory L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Soloman Smith Barney - IRA Account | A | Interest | J | T | | | | | |
| 20. W.K. Frost, Inc. - Closely held stock | D | Distribution | M | U | | | | | |
| 21. Hydroseed Plus - ▇▇▇ owned partnership | D | Distribution | L | W | | | | | |
| 22. Clayton Land Holdings, LLC appraised 3/15/00 | | None | L | Q | | | | | |
| 23. Qualcomm Inc. Common Stock | A | Dividend | J | U | | | | | |
| 24. Shrimplin #1 - Oil well | A | Royalty | J | W | | | | | |
| 25. Deferred Comp. ▇▇▇ ) - AIM Constellation | A | Interest | J | U | | | | | |
| 26. Deferred Comp. ▇▇▇ ) - Fidelity Contrafund | A | Interest | J | U | | | | | |
| 27. Deferred Comp. ▇▇▇ ) - Janus Fund | A | Interest | J | U | | | | | |
| 28. Deferred Comp. ▇▇▇ - Lazard Small Cap | A | Interest | J | U | | | | | |
| 29. Deferred Comp. ▇▇▇ ) - Nationwide SEI<br>S&P500 Index * | A | Interest | J | U | | | | | |
| 30. Deferred Comp. ▇▇▇ - Vanguard International<br>Growth | A | Interest | J | U | | | | | |
| 31. Deferred Comp. ▇▇▇ ) - Vanguard Institutional<br>Index | A | Interest | J | U | | | | | |
| 32. Adtran Inc. Common Stock | A | Dividend | J | U | | | | | |
| 33. Undeveloped Property Georgetown, S.C. | | None | O | W | | | | | |
| 34. Ramp Corp - Medix Resources Inc. | | None | J | U | Buy | 10/03 | J | | |
| 35. Bristol Myers Squibb Common Stock | A | Dividend | J | U | | | | | |
| 36. Deferred Comp. ▇▇▇ - Guaranteed Return<br>Option | | None | J | U | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Michelina Condo Project - Cocoa Beach, FL | | None | K | W | Buy | 07/03 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frost, Gregory L | 5/12/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

\* Morgan Stanley All Star Growth Fund Class A - merged into Morgan Stanley Global Advantage and sold on 06/03 as reflected in Part VII, line item #2.

\* Morgan Stanley Dean Witter 15% Reset Perqs - became Qualcomm Common Stock as reflected in Part VII, line items #3 and #23.

\* Morgan Stanley Competitive Edge Fund Class A - merged into Morgan Stanley Global Advantage and sold on 06/03 as reflected in Part VII, line item #4.

\*Deferred Comp. (Spouse) - Nationwide SEI S&P 500 Index - closed and funds moved to Vanguard Institutional Index as reflected in Part VII, line items #29 and #31.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frost, Gregory L | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 5/12/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544